AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-1972

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Bank of New York Mellon Corporation was received by me on *(date)* Dec 22, 2020, 11:25 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kamesha James, Intake Specialist Authorized to Accept , who is designated by law to accept service of process on behalf of *(name of organization)* The Bank of New York Mellon Corporation on *(date)* Tue, Dec 22 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: December 23, 2020

*Server's signature*

Danielle Stevens, Process Server

*Printed name and title*

Delaware Attorney Services

3516 Silverside Road, Unit 16, Wilmington, DE 19810

*Server's address*

Additional information regarding attempted service, etc.:
Documents Served: Summons in a Civil Action; Class Action Complaint with Jury Trial Demanded

1) Successful Attempt: Dec 22, 2020, 2:17 pm EST at Corporation Trust Company, Registered Agent 1209 Orange St. , Wilmington, DE 19801 received by Kamesha James, Intake Specialist Authorized to Accept. Age: 38; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'8"; Hair: Black;