AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-1972

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BNY Mellon, N.A.
was received by me on *(date)* 12/22/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mamie Williams, Process Intake Clerk, who is designated by law to accept service of process on behalf of *(name of organization)* BNY Mellon, N.A. on *(date)* 12/22/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 180.00 for services, for a total of $ 180.00.

I declare under penalty of perjury that this information is true.

Date: 12/22/2020

*Server's signature*

Keith Scannell
*Printed name and title*

Pittsburgh Subpoena
PO Box 12714 Pgh, PA 15241
412 835-8887   www.pittsburghsubpoena.com
*Server's address*

Additional information regarding attempted service, etc:
ALSO SERVED: 1. Complaint-Class Action