# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN WALDEN and LESLIE WALDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION and BNY MELLON, N.A.,<br><br>Defendants. | Case No. 2:20-cv-01972-CRE<br><br>Filed Electronically |

## DEFENDANTS THE BANK OF NEW YORK MELLON CORPORATION AND BNY MELLON, N.A.'S LOCAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Local Rule LCvR 7.1.A., and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants The Bank of New York Mellon Corporation and BNY Mellon, N.A. in the above-captioned action states that BNY Mellon, N.A. is a wholly-owned subsidiary of The Bank of New York Mellon Corporation.  The Bank of New York Mellon Corporation is a publicly traded company, and no public company owns 10% or more of The Bank of New York Mellon Corporation's stock.

- 2 -

Dated: February 26, 2021                    **REED SMITH LLP**

*/s/ Perry A. Napolitano*
Perry A. Napolitano
Pa. I.D. No. 56789
Justin J. Kontul
Pa. I.D. No. 206026
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
T: (412) 288-3131
F: (412) 288-3063
pnapolitano@reedsmith.com
jkontul@reedsmith.com

*Counsel for Defendants*
*The Bank of New York Mellon Corporation*
*and BNY Mellon, N.A.*

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

                                                   */s/ Perry A. Napolitano*