IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| STEPHEN WALDEN, LESLIE WALDEN,     )<br>)<br>)<br>)<br>Plaintiffs,     )<br>)<br>)<br>vs.     )<br>)<br>)<br>THE BANK OF NEW YORK MELLON )<br>CORPORATION, BNY MELLON, N.A., )<br>)<br>)<br>Defendants.     )<br>) | Civil Action No.<br>2:20-cv-01972-CBB<br><br>Christopher B. Brown<br>United States Magistrate Judge |

## <u>ORDER ON ECF No. 210</u>

AND NOW, this 26th day of June, 2026, it is hereby ORDERED that

Plaintiffs' motion for certification under 28 U.S.C. § 1292(b) ECF No. 210 is

**GRANTED**.  The following issue is certified for appeal: whether SLUSA deprives

the Court of subject matter jurisdiction over Plaintiffs' state law claims related to

BNY's failure to disclose its conflicts of interest when it purchased affiliated mutual

funds with Plaintiffs' money.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge