UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-116

No. *26-8034*

STEPHEN WALDEN;
LESLIE WALDEN,
Petitioners

v.

BANK OF NEW YORK MELLON CO; BNY MELLON NA

(W.D. Pa. No. 2:20-cv-01972)

Present: BIBAS, MATEY and MONTGOMERY-REEVES, *Circuit Judges*

1. Petition by Petitioner for Permission to Appeal Pursuant to 28 U.S.C. Section 1292(b);

2. Response in Opposition by Respondents to Petition for Permission to Appeal Pursuant to 28 U.S.C. Section 1292(b).

Respectfully,
Clerk/pdb

ORDER

The foregoing petition for permission to appeal pursuant to 28 U.S.C. Section 1292(b) is GRANTED.

By the Court,

s/ Tamika R. Montgomery-Reeves
Circuit Judge

Dated: July 29, 2026
PDB/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk